IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSIE HEARNS and GWENDOLYN HEARNS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| VS. | ) No. 2:13-cv-02217<br>) Jury Demanded |
| TRAVELERS PERSONAL SECURITY INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | ) |

### JOINT MOTION TO AMEND SCHEDULING ORDER
_____

Come now Plaintiffs Jessie and Gwendolyn Hearns and Defendant Travelers Personal Security Insurance Company ("Travelers"), by and through counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and moves this Honorable Court for entry of an Order amending the existing Scheduling Order (ECF No. 7) by extending the deadlines as follows:

**COMPLETING ALL DISCOVERY:**     May 30, 2014

(a)     **DOCUMENT PRODUCTION:** May 30, 2014

(b)     **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:**     May 30, 2014

(c)     **EXPERT WITNESS DISCLOSURES (Rule 26):**

(1) **DISCLOSURE OF PLAINTIFFS' RULE 26 EXPERT INFORMATION:**

March 31, 2013

(2)     **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT**

  **INFORMATION:** April 30, 2014

  **(3) EXPERT WITNESS DEPOSITIONS:** May 30, 2014

**MOTIONS TO EXCLUDE EXPERTS/DAUBERT MOTIONS:** June 30, 2014

**FILING DISPOSITIVE MOTIONS:** June 30, 2014

**MANDATORY ADR:** May 30, 2014

In support of this Joint Motion the parties rely on the Memorandum of Support filed contemporaneously herewith, along with the whole record in this cause.

    Respectfully submitted,

    RAINEY, KIZER, REVIERE & BELL, P.L.C.

    __s/ Russell E. Reviere__
    Russell E. Reviere (BPR No. 07166)
    Attorney for Defendant
    209 East Main Street
    P. O. Box 1147
    Jackson, TN  38302-1147
    (731) 423-2414
    rreviere@raineykizer.com


    __s/ Kenneth D. McLean__
    Kenneth D. McLean (BPR #30472)
    Attorney for Plaintiffs
    P.O. Box 38161
    Germantown, TN 38161
    (901) 326-6888