**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

**JESSIE HEARNS and GWENDOLYN HEARNS,**

      **Plaintiffs,**

**VS.**                                                         **Docket No. 2:13-cv-02217
                                                             Jury Demanded**

**TRAVELERS PERSONAL SECURITY
INSURANCE COMPANY,**

      **Defendant.**
_____

**REPORT OF MEDIATION AND NOTICE OF SETTLEMENT**
_____

      COME now the parties, Plaintiffs, Jessie Hearns and Gwendolyn Hearns, and Defendant Travelers Personal Security Insurance Company, by and through counsel, pursuant to Local Rule 83.13, and in response to this Court's Order (DE # 16) and give notice to the Court that the above-styled matter, including all claims and counter-claims, has been resolved by way of mutual compromise.  Mediation was held on February 10, 2014, Joe Riley was the mediator and this case settled at that time.  An Agreed Order of Dismissal with Prejudice will be submitted.

APPROVED BY:

s/Jonathan D. Stewart
RUSSELL E. REVIERE, BPR #07166
JONATHAN D. STEWART, BPR #023039
RAINEY, KIZER, REVIERE & BELL, P.L.C.
*Attorneys for Defendant*
209 E. Main Street
P.O. Box 1147
Jackson, TN  38302-1147
(731) 423-2414


 s/ Kenneth D. McLean
Kenneth D. McLean (BPR #30472)
*Attorney for Plaintiffs*
P.O. Box 38161
Germantown, TN 38161
(901) 326-6888