**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

**JESSIE HEARNS and GWENDOLYN
HEARNS,**

      **Plaintiffs,**

**VS.**                                                                                                **Case No. 2:13-cv-02217-JTF-cgc**

**TRAVELERS PERSONAL SECURITY
INSURANCE COMPANY,**

      **Defendant.**
_____

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

_____

Came this date the parties, Plaintiffs Jessie Hearns and Gwendolyn Hearns, and Defendant Travelers Personal Security Insurance Company, by and through counsel, and informed the Court that the above-styled matter, including all claims and counter-claims, had been resolved by way of mutual compromise.  As such, the parties moved this Court for entry of an Order of Dismissal with Prejudice.  The motion being well-taken:

IT IS THEREFORE ORDERED that the above-styled matter, docket number 2:13-cv-02217, including all claims and counter-claims, is hereby dismissed with prejudice.  No discretionary costs will be applied for or awarded.

**IT IS SO ORDERED** on this 6th day of March, 2014.

                                                                                      **_s/John T. Fowlkes, Jr._**
                                                                                       JOHN T. FOWLKES, JR.
                                                                                       UNITED STATES DISTRICT JUDGE

APPROVED BY:

s/Jonathan D. Stewart_____
RUSSELL E. REVIERE, BPR #07166
JONATHAN D. STEWART, BPR #023039
RAINEY, KIZER, REVIERE & BELL, P.L.C.
*Attorneys for Defendant*
209 E. Main Street
P.O. Box 1147
Jackson, TN  38302-1147
(731) 423-2414


s/ Kenneth D. McLean_____
Kenneth D. McLean (BPR #30472)
*Attorney for Plaintiffs*
P.O. Box 38161
Germantown, TN 38161
(901) 326-6888