UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


JESSIE HEARNS and GWENDOLYN HEARNS,

    Plaintiffs,

v.                                             Cv. No.: 13-2217-JTF-cgc

TRAVELERS PERSONAL SECURITY
INSURANCE COMPANY,

    Defendant.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Agreed Order of Dismissal with Prejudice entered by the Court on March 6, 2014.


**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                    THOMAS M.GOULD
UNITED STATES DISTRICT JUDGE            CLERK

March 6, 2014                           s/Lorri Fentress
DATE                                    (By) LAW CLERK